MORRIS LAW GROUP
Ryan M. Lower, Bar No. 9108
Email:  rml@morrislawgroup.com
Raleigh C. Thompson, Bar No. 11296
Email:  rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Defendant
FMMR Investments, Inc. d/b/a
Rapid Cash d/b/a Speedy Cash

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD ROBINSON,<br><br>              Plaintiff,<br><br>v.<br><br>FMMR INVESTMENTS, INC. d/b/a<br>RAPID CASH d/b/a Speedy Cash,<br><br>              Defendant. | Case No. 2:16-cv-01578-RFB-PAL<br><br>**STIPULATION AND ORDER<br>TO ARBITRATE AND STAY<br>THIS MATTER PENDING<br>COMPLETION OF<br>ARBITRATION** |

Pursuant to LR IA 6-2 and LR 7-1, defendant FMMR

Investments, Inc. d/b/a Rapid Cash d/b/a Speedy Cash and plaintiff

Donald Robinson, by and through their respective counsel of record, hereby

stipulate as follows:

WHEREAS, the parties to this matter agree that the claims by

plaintiff are governed by a valid arbitration agreement;

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

IT IS HEREBY STIPULATED AND AGREED that this matter should be filed in an applicable arbitration venue and that this matter should be stayed pending the completion of arbitration.

Date:___9/19/2016_____          Date:____9/19/2016_____

HAINES & KRIEGER, LLC                    MORRIS LAW GROUP


By:__/s/ David H. Krieger_____        By:___/s/ Raleigh C. Thompson_____
   David H. Krieger, Bar No. 9086          Ryan M. Lower, Bar No. 9108
   8985 S. Eastern Ave., Suite 350         Raleigh C. Thompson, Bar No.
   Henderson, Nevada  89123                11296
                                           900 Bank Of America Plaza
Attorney for Plaintiff                   300 South Fourth Street
Donald Robinson                          Las Vegas, Nevada  89101

                                           Attorneys for Defendant
                                           FMMR Investments, Inc. d/b/a
                                           Rapid Cash d/b/a Speedy Cash


**ORDER**

IT IS SO ORDERED.    _____

RICHARD F. BOULWARE, II
United States District Judge

DATED:___October 6, 2016._____

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422