Ryan M. Lower, NV Bar No. 9108
Raleigh C. Thompson, NV Bar No. 11296
MORRIS LAW GROUP
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rml@morrislawgroup.com
Email: rct@morrislawgroup.com

Attorneys for Defendant
FMMR Investments, Inc. d/b/a
Rapid Cash d/b/a Speedy Cash

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD ROBINSON,<br><br>                Plaintiff,<br><br>v.<br><br>FMMR INVESTMENTS, INC. d/b/a RAPID CASH d/b/a Speedy Cash,<br><br>                Defendant. | Case No. 2:16-cv-01578-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff Donald Robinson and defendant FMMR Investments, Inc. d/b/a Speedy Cash hereby stipulate to the dismissal of this action, with

1  prejudice, with the parties to bear their own fees and costs.

2  Date: March 29, 2017                    Date: March 29, 2017

3  MORRIS LAW GROUP                        HAINES & KRIEGER, LLC

5  By: /s/Raleigh C. Thompson              By: David H. Krieger
      Ryan M. Lower, NV Bar No. 9108           David H. Krieger,
      Raleigh C. Thompson,                     NV Bar No. 9086
      NV Bar No. 11296                         8985 S. Eastern Ave., Suite 350
      900 Bank of America Plaza                Henderson, Nevada 89123
      300 South Fourth Street
      Las Vegas, Nevada 89101               Attorney for Plaintiff
                                            Cristine Buffington
Attorneys for Defendant
Advance Group, Inc.
d/b/a Rapid Cash

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:_____