Ryan M. Lower, NV Bar No. 9108
Raleigh C. Thompson, NV Bar No. 11296
MORRIS LAW GROUP
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Email:  rml@morrislawgroup.com
Email:  rct@morrislawgroup.com

Attorneys for Defendant
FMMR Investments, Inc. d/b/a
Rapid Cash d/b/a Speedy Cash

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>FMMR INVESTMENTS, INC. d/b/a RAPID CASH d/b/a Speedy Cash,<br><br>Defendant. | Case No. 2:16-cv-01578-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff Donald Robinson and defendant FMMR Investments, Inc. d/b/a Speedy Cash hereby stipulate to the dismissal of this action, with

prejudice, with the parties to bear their own fees and costs.

Date: March 29, 2017                              Date: March 29, 2017

MORRIS LAW GROUP                          HAINES & KRIEGER, LLC


By: /s/Raleigh C. Thompson                    By: David H. Krieger
    Ryan M. Lower, NV Bar No. 9108           David H. Krieger,
    Raleigh C. Thompson,                              NV Bar No. 9086
    NV Bar No. 11296                                    8985 S. Eastern Ave., Suite 350
    900 Bank of America Plaza                  Henderson, Nevada 89123
    300 South Fourth Street
    Las Vegas, Nevada 89101

Attorney for Plaintiff
Cristine Buffington

Attorneys for Defendant
Advance Group, Inc.
d/b/a Rapid Cash

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 3rd day of April, 2017.